# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

**CIV 21 0662 G**

Paula Crockett
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Matthew Gabriel Sanchez
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [ ] No

**FILED**

JUN 29 2021

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paula Crockett |
| Street Address | 7248 N.W 36th St #119 |
| City and County | Bethany, OK |
| State and Zip Code | OK 73008 |
| Telephone Number | (405) 965-7343 |
| E-mail Address | epaulacrockett1963@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.



## SAMPLE FORMS

1. **In General.** These forms, as well as forms from the www.uscourts.gov website, illustrate information that could be useful when filing complaints or other pleadings. The forms are not comprehensive and do not apply to every type of case.

2. **Not Legal Advice.** No form provides legal advice. No form can substitute for retaining or consulting a lawyer. If you are not a lawyer and you are suing or being sued, it is best to retain or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court or Judge requires. The fact that a form asks for certain information does not mean that every court requires it. If the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms are multi-use, but some apply only to specific types of cases. Carefully choose the form that fits your case and the type of pleading you want to file. It is your responsibility to change the information the form asks for to fit the facts and circumstances of your specific case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when various pleadings, claims, or defenses should be filed, or who should be sued. Some pleadings, claims, or defenses are time restrictive, but neither the forms nor the Clerk's Office can provide this information. There are limits to who can be named as a party in a case and when they can be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available free of charge at www.uscourts.gov.

7. **Privacy Requirements.** FRCP 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date, the name of a person known to be a minor, or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number, the year of someone's birth, a minor's initials, and/or the last four digits of a financial-account number.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Matthew Gabriel Sanchez
- Job or Title (if known): Attorney
- Street Address: 1909 Castle Rock
- City and County: Edmond
- State and Zip Code: Oklahoma 73003
- Telephone Number: (405) 314-7571
- E-mail Address (if known):

**Defendant No. 2**
- Name: John Blevins
- Job or Title (if known): Attorney
- Street Address: 1708 Eastwood Cir
- City and County: Moore / Cleveland County
- State and Zip Code: Oklahoma 73160-6614
- Telephone Number: (405) 535-4472
- E-mail Address (if known):

**Defendant No. 3**
- Name: Blevins & Sanchez Associates PLLC
- Job or Title (if known): Law Firm
- Street Address: 1909 Castle Rock
- City and County: Edmond / Oklahoma County
- State and Zip Code: Oklahoma 73003
- Telephone Number: (405) 314-7571
- E-mail Address (if known):

**Defendant No. 4**
- Name: Sanchez & Blevins Associates PLLC
- Job or Title (if known): Law Firm
- Street Address: 1708 Eastwood Cir
- City and County: Moore / Cleveland County
- State and Zip Code: Oklahoma 73160-6614
- Telephone Number: (405) 535-4472
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Attorney's failed to file the Government tort Claim in a timely manner*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* __Tanda Crockett__, is a citizen of the State of *(name)* __Oklahoma__.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* ____, is incorporated under the laws of the State of *(name)* ____,
      and has its principal place of business in the State of *(name)* ____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* __Matthew Sanchez__, is a citizen of the State of *(name)* __Oklahoma__. Or is a citizen of *(foreign nation)* ____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        b.    If the defendant is a corporation

The defendant, *(name)* Sanchez & Blevins, is incorporated under the laws of the State of *(name)* Oklahoma, and has its principal place of business in the State of *(name)* Oklahoma.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: The entitlement of my Government tort claim that exceeds $75,000 dollars and punitive damages that have caused further damage due to the defendants failure to file the Government tort claim on time & failure to file a lawsuit before the deadline. I am asking for $75,000 in punitive damages and court costs and attorney fees possible.

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I the plaintiff, Paula Crockett was involved in a auto collision that occurred on April 28th 2017 in Oklahoma County. That caused severe injuries that led to me having an emergency gallbladder removal, back surgery with fusion and screws, fractured left foot and my left knee totally replaced. The defendants failed to file a Government tort claim in a timely manner and the defendants failed to file a lawsuit before the deadline. All facts are documented.

**IV.**    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have not recieved my full entitlement & compensatory I'm due for the negligence of driver that were employed with the transportation company (name) COPTA that caused my injuries in an excess of $75,000 dollars. I am also asking for punitive damages for defendants failure to honor the statue of limitations in filing the Government tort claim in a timely manner and failing to file the lawsuit before the deadline. The defendants also attacked my character and slandered me due to my past over a decade ago, and that's called conflict of interest. I'm asking for $75,000 for punitive damages

Page 4 of 5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-24-2021

Signature of Plaintiff: *Paula Crockett*
Printed Name of Plaintiff: Paula Crockett

B.  **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____